IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAY 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> INFORMATION ASSOCIATED WITH ) <br> TEJASNAVINPATEL@GMAIL.COM ) <br> INCORPORATION.ACS.COLLECTIONS@GM ) <br> AIL.COM ) <br> ) <br> ) <br> ) <br> ) | ORDER RE: REQUEST TO SEAL DOCUMENTS <br> 2:12 - SW  0216  CKD <br> **UNDER SEAL** <br><br> **SEALED** |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be provided to Google.

Date: 5/9, 2012

_____
CAROLYN K. DELANEY
United States Magistrate Judge

3