BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



FILED

OCT 25 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | CASE NO.: 2:12-SW-216-CKD |
| INFORMATION ASSOCIATED WITH TEJASNAVINPATEL@GMAIL.COM, INCORPORATION.ACS.COLLECTIONS@GMAIL.COM | REQUEST TO UNSEAL SEARCH WARRANT DOCUMENTS |

The United States, by undersigned counsel, petitions the Court and respectfully represents:

1. On May 9, 2012, this Court issued an order sealing the Application and Affidavit in Support of Search Warrant in the above-referenced case.

2. The subject of the investigation has been indicted.

3. It is in the interests of the public and the administration of justice to unseal the application and affidavit in this case, and there exists no further law enforcement need for the case to remain under seal.

THEREFORE, your petitioner prays that the documents in the

application and affidavit be unsealed and made part of the public record.

DATED: October 25, 2012

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                 By: _____
                                      MATTHEW G. MORRIS
                                      Assistant U.S. Attorney

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in Case No. 2:12-SW-00216 CKD be unsealed and made part of the public record.

Dated: 10/25/12

                                  _____
                                  THE HONORABLE DALE A. DROZD
                                  United States Magistrate Judge